IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTUANE D. DANIEL, SR., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:23-CV-617-RAH-SMD |
| EMPIRE PROPERTIES, | ) |
| Defendant. | ) |

**O R D E R**

On March 4, 2024, the Magistrate Judge entered a Recommendation that this case should be dismissed for failure to prosecute and abide by Court orders. (Doc. 14.) On March 28, 2024, Plaintiff filed a document (doc. 15), which the Court has construed as an Objection to the Recommendation.

After careful review and consideration of the Objection, and upon independent review of the Recommendation of the Magistrate Judge and file in this case, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 14) is ADOPTED.

2. The Objection (doc. 15) is OVERRULED.

3. This case is DISMISSED without prejudice.

DONE, on this the 1st day of July 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

1